# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1999
LT Case No. 2017-CF-2755

_____

ALBERT NICKERSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Albert Nickerson, Chipley, pro se.

No Appearance for Appellee.


October 31, 2023


PER CURIAM.

   AFFIRMED.


MAKAR, BOATWRIGHT, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____